### W. P. DOUGLAS VS. PARISH OF MOREHOUSE.

MAYO, J. Under Act 30, of Extra Session of 1877, Police Juries may make a contract fixing the amount of the sheriff's pay in criminal matters, with two provisos: 1. That the amount contracted for does not exceed fifty per cent. of the fees allowed by law to the sheriff. 2. That it does not exceed $500 for each representative.

2. Article 119 of the Constitution is self-acting and requires no legislative or parochial action to put it into operation. Summoning jurors is part of the expenses in criminal matters, and is covered by the limit of $500.

---

### SAMUEL EVANS VS. I. N. PIPES, EXECUTOR.

MAYO, J. Heirs cannot sue for specific property, nor an interest in certain property of their ancestor's succession; their remedy is to sue for a partition of the entire succession.

2. A plea of compensation, cautiously made in the alternative and against such judgment as may be obtained, does not have the legal effect of admitting the claim sued on.